UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JOSEPH BROWN, )
)
       Plaintiff, )
v. ) No. 1:06-cv-1301-SEB-VSS
)
D.O.C. PLAINFIELD, IND., )
HARRY SYKES, Supervisor of Ed., )
)
       Defendants. )

## Entry Concerning Selected Matters

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.    The plaintiff's motion for voluntary dismissal filed on November 2, 2006, is a notice of dismissal and is effective as such.

2.    Judgment dismissing this action with prejudice shall now issue.

3.    The Entry issued on November 3, 2006, is **vacated.** All pending motions are **denied as moot.**

**IT IS SO ORDERED.**

Date: 11/13/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana