UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>D.O.C. PLAINFIELD, IND.,<br>HARRY SYKES, Supervisor of Ed.,<br><br>        Defendants. | No. 1:06-cv-1301-SEB-VSS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 11/13/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joseph Brown
DOC #129336
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN   46168